948

No. 156, Misc. ELLENBOGEN *v.* UNITED STATES, *ante,* p. 918. Respondent requested to file a response to petition for rehearing within 30 days. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter.

No. 30. KIRKPATRICK, SECRETARY OF STATE OF MISSOURI, ET AL. *v.* PREISLER ET AL.; and

No. 31. HEINKEL ET AL. *v.* PREISLER ET AL. Appeals from D. C. W. D. Mo. [Probable jurisdiction noted, 390 U. S. 939.] Motions of appellants for additional time for oral argument granted, and an additional 30 minutes, to be divided equally, allotted to counsel for appellants. An additional 30 minutes allotted to counsel for appellees. *Norman H. Anderson,* Attorney General of Missouri, and *Thomas J. Downey,* First Assistant Attorney General, on the motion in No. 30, and *John David Collins* on the motion in No. 31.

No. 505, Misc. BROWN *v.* BETO, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, in opposition.

No. 492. BRANDENBURG *v.* OHIO. Appeal from Sup. Ct. Ohio. Probable jurisdiction noted. The Attorney General of Ohio is invited to file a brief expressing the views of the State of Ohio. *Allen Brown, Melvin L. Wulf, Eleanor Holmes Norton,* and *Bernard A. Berkman* for appellant. *Melvin G. Rueger* and *Leonard Kirschner* for appellee.